# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SARAH L. BENOIT,** | : | CIVIL ACTION NO. 1:18-CV-2224 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **ANDREW M. SAUL,** | : | |
| **Commissioner of Social Security,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 25th day of March, 2020, upon consideration of the report (Doc. 18) of Magistrate Judge Karoline Mehalchick, recommending that the court deny the appeal of plaintiff Sarah L. Benoit from the decision of the administrative law judge denying her application for disability insurance benefits, and the court noting that Benoit has filed objections (Doc. 19) to the report, see FED. R. CIV. P. 72(b), and the Commissioner of Social Security has filed a response (Doc. 20) thereto, and following *de novo* review of the contested portions of the report, see E.E.O.C. v. City of Long Branch, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)), and affording "reasoned consideration" to the uncontested portions, see id. (quoting Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987)), the court agreeing with Judge Mehalchick that the administrative law judge's decision "is supported by substantial evidence," 42 U.S.C. § 405(g), a standard of review that the Supreme Court of the United States recently reiterated "is not high," Biestek v. Berryhill, 587 U.S. ___, 139 S. Ct. 1148, 1154 (2019), and finding Judge Mehalchick's analysis to be thorough, well-reasoned, and fully supported by the record, and further finding

Benoit's objections to be without merit and squarely and correctly addressed by the report, it is hereby ORDERED that:

1. The report (Doc. 18) of Magistrate Judge Mehalchick is ADOPTED.

2. The decision of the Commissioner denying Benoit's application for disability insurance benefits is AFFIRMED.

3. The Clerk of Court shall enter judgment in favor of the Commissioner and against Benoit as set forth in paragraph 2.

4. The Clerk of Court shall thereafter CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania